AO 442 (Rev. 11/11) Arrest Warrant

8694597

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

2019 SEP 13 PM 2:12

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. SA17-MJ-670 |
| Robbie Frank Vargas | ) | |
| | ) | **DR:19-MJ-8530** |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ Robbie Frank Vargas,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Felony escape from custody.

U.S. MARSHAL
W/TX

SEP 13 2019

WARRANTS
DEL RIO, TEXAS

Date: 06/12/2017

City and state: San Antonio, Texas

_Issuing officer's signature_

John W. Primomo U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 9-13-19, and the person was arrested on _(date)_ 9-13-19
at _(city and state)_ Eagle Pass, TX

Date: 9-13-19

_Arresting officer's signature_

L Galindo, USMS IA
_Printed name and title_

USM# 82722285

≋AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __Texas__

FILED
JUN 1 2 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.
Robbie Frank Vargas

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:

SA17-MJ-670

**DR:19-MJ-8530(1)**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __6/3/2017__ (Date) in __Bexar__ County, in the __Western__ District of __Texas__ defendant(s) did,

*(Track Statutory Language of Offense)*

Knowingly escape from custody at Crosspoint Residential Re-entry Center, 301 Yucca Street, San Antonio, TX 78203 an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Texas upon conviction for the commission of a Possession With Intent to Distribute Marijuana violation of Title 21 United States Code, section 841(a)(1), and upon revocation of defendant's supervised release.

in violation of Title __18__ United States Code, Section(s) __751(a)__ .

I further state that I am a(n) __Deputy United States Marshal__ and that this complaint is based on the following facts:
Official Title

(See Affidavit)

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

_____
Signature of Complainant

Yadira Mejia, Deputy U.S. Marshal
Printed Name of Complainant

Sworn to before me and signed in my presence,

__6/12/2017__                                           at    __San Antonio__           __Texas__
Date                                                               City                           State

__John W. Primomo__     __U.S. Magistrate Judge__        _____
Name of Judge           Title of Judge                     Signature of Judge

Maximum Penalty: 5 years prison, $250,000.00 fine, 3 years supervised release, $100.00 mandatory special assessment.

## Affidavit

I, Yadira Mejia, being duly sworn as a Deputy United States Marshal, state the following in support of the Complaint and request for Arrest Warrant.

I am a Deputy United States Marshal of the United States Marshals Service. I am currently assigned to the Western District of Texas, San Antonio division. I have been a Deputy US Marshal for approximately 15 years and have completed basic training at the Federal Law Enforcement Training Center in 2002.

The information in this affidavit is based upon my personal knowledge and information provided to me by other law enforcement officers and individuals. The information in this affidavit is provided for the limited purpose of establishing probable cause in connection with this Application for an Arrest Warrant. The information is not a complete statement of all the facts related to this case.

On 05/30/2012, in Cause No. DR-11-CR-1786(1)-AM the Honorable Hayden Head United States District Judge for the Western District of Texas, ordered VARGAS, Robbie Frank to serve a 18-month term in the custody of the United States Bureau of Prisons followed by 2 years Term of Supervised Release for Possession of Marijuana with intent to distribute in violation of Title 21 USC 841(a)(1) &(b)(1)(B).

VARGAS violated conditions of his Supervised Release and was subsequently re-arrested on 08/12/2016 by the United States Marshals Service. VARGAS was found guilty by a preponderance of the evidence after having an evidentiary final revocation hearing and was sentenced to serve and 12-month term in the custody of the United States Bureau of Prisons followed by 5 years Term of Supervised Release. While on Supervised Release, VARGAS was ordered to reside in the halfway house for a period of 6 months of supervised release and observe the rules of the halfway house.

On 05/22/2017 as part of that sentence VARGAS was placed by the Bureau of Prisons at Crosspoint Inc Re-entry Center in San Antonio, Texas. On 06/03/2017 at approximately 10:30 am VARGAS signed out to an approved pass to Walmart located at 2100 SE loop 410, San Antonio, TX 78220 from 08:00 am -10:30 am. VARGAS did not return at his scheduled time. VARGAS was placed on escape status because he failed to return and his whereabouts are currently unknown. VARGAS left the custody of the Bureau of Prisons without completing his Federal District Court imposed sentence.

On 06/03/2017 at approximately 2:00 pm Halfway House Administrator, David Dwyer, United States Bureau Of Prisons, notified the United States Marshal Service of the escape and requested the assistance of the United States Marshal Service in apprehending inmate VARGAS.

_____
Affiant Yadira Mejia
Deputy United States Marshal
United States Marshals Service

Sworn to and subscribed before me, this the 12th day of June, 2017.

_____
John W. Primomo
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | Case Number: DR:19-M-08530(1) |
| vs. | § § | SA17-MJ-670 |
| | § | Time: -0- |
| (1) Robbie Frank Vargas | § § | SWORN: [X] |

AKA:

**PROCEEDING MEMO - INITIAL APPEARANCE**

1. [ ] Complaint Filed _____     [ ] Arrest Warrant Issued _____
   [ ] Indictment                                                              Date
   [ ] Information
   [ ] Prob Form 12                          [ ] Agency _____
   [X] Arrested    9/13/2019
                      Date

2. **COURT PERSONNEL:**
   Magistrate Judge: **VICTOR ROBERTO GARCIA**
   Courtroom Deputy: **Carmen Levrie**
   Interpreter: N/A

3. **APPEARANCES:**   For the United States:    James Ward
                      For the Defendant: _____
                      Address: _____
                      Phone: _____
                      Retained [ ]    FPD [ ]    CJA [ ]

4. **PROCEEDINGS:**
   a. [X] Defendant found competent.
   b. [X] Defendant informed of and received copy of charging document.
           Violation: 18:751(a) Escape from custody
   c. [X] Defendant informed of maximum penalty: as stated on the record

d. [ ] Defendant informed of constitutional rights.
*My constitutional rights have been explained to me.*
Date _____ Signature _____

e. [X] Defendant informed of right to Preliminary Examination.
set for <u>to be set in charging division</u>
OR
[ ] No right to Preliminary Examination.
Arraignment set for _____

f. [X] Defendant informed of right to legal counsel.
_____ 1) Defendant waives counsel, **OR**
_____ 2) Defendant will try to secure counsel and inform court by _____
as to name, address of counsel retained, **OR**
_____ 3) Defendant requests appointment of counsel.

Defendant has NOT completed financial affidavit.
__X__ a) Court finds Defendant is financially eligible and orders counsel appointed.
**OR** to be appointed in charging division
_____ b) Court finds Defendant is financially ineligible and denies request.

Defendant to advise Court by _____ as to name, address of counsel retained.

x

g. [X] **PRETRIAL RELEASE:**
[X] 1) Government moved for detention under §3124(f).
Detention Hearing set for: <u>to be set in charging division</u>
[ ] 2) Court SUA SPONTE "moves" for detention.
Detention Hearing set for: _____
[ ] 3) Temporary detention ordered.
Bond Hearing set for: _____
[ ] 4) Court orders Defendant be released on the following conditions:
[ ] a) Personal recognizance.
[ ] b) Defendant's bond set at $ _____
[ ] which is unsecured.
[ ] which requires _____ % deposit.
[ ] which requires 100% cash/corporate/surety.
[ ] Additional conditions of release as set forth in Order Setting Conditions of Release.
[X] 5) Detention ordered (i.e., Probation Violation).

h. [ ] Temporary commitment issued _____
*Date*

i. ☐ Preliminary Examination continued/reset to _____
   at _____                                      Date
        Time

j. ☐ Preliminary Examination held _____
                                          Date

k. ☐ Probable Cause found _____
   **OR**                          Date

   ☐ No Probable Cause found _____
                                     Date

l. ☐ Defendant held to District Court _____
                                              Date

m. ☐ Defendant dismissed on Government's motion _____
                                                        Date

n. ☐ Final Commitment Issued _____
                                     Date

o. ☐ Arraignment Set _____
                            Date

5. a. ☒ **OTHER PROCEEDINGS**   *Defendant Ordered Removed to San Antonio Division for all further court proceedings.*



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | Case Number: DR:19-M-08530(1) |
| vs. | § § | *(Case No.: SA17-MJ-670)* |
| (1) Robbie Frank Vargas<br>*Defendant* | § § | |

## WAIVER OF REMOVAL HEARING

I, (1) Robbie Frank Vargas, charged with 18:751(a) Escape from Custody; and having been arrested in the WESTERN DISTRICT OF TEXAS, DEL RIO Division, and taken before VICTOR ROBERTO GARCIA, a UNITED STATES MAGISTRATE JUDGE for that District, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a warrant for my removal to the United States District Court, San Antonio Division, where the aforementioned charge is pending against me.

_____
(1) Robbie Frank Vargas, Defendant
9/16/2019

WITNESS:

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE
JUDGE

**FILED**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

SEP 1 6 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: DR:19-M-08530(1) SA17-MJ-670 |
| (1) Robbie Frank Vargas *Defendant* | § | |

## ORDER OF REMOVAL

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS:**

(1) Robbie Frank Vargas is charged in the United States District Court, Western District of Texas San Antonio Division, 18:751(a) Escape from Custody.

The Court finds that a warrant of arrest has been issued for the Defendant from the United States District Court, Western District of Texas San Antonio Division, and Defendant has been arrested in this division. The Court further determined that the Defendant is the person named in said warrant.

YOU ARE HEREBY COMMANDED TO REMOVE (1) Robbie Frank Vargas to the Western District of Texas San Antonio Division, and there deliver him/her to the United States Marshal for that District or to some other officer authorized to to receive him/her.

Defendant is being detained without bond.

ORDERED at DEL RIO, Texas, on 16th day of September, 2019.

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE

RECEIVED
US MARSHALS
W/TX-DEL RIO
2019 SEP 17 PM 12: 24